UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANDREW T. BINKS,                                    Case No. 1:20-cv-78
      Plaintiff,                              McFarland, J.
                                                    Litkovitz, M.J.
     v.

KAREN L. COLLIER, et al.,                           **ORDER**
      Defendants.

      This matter is before the Court on plaintiff's motion to stay these proceedings due to the COVID-19 pandemic (Doc. 25) and defendants' memorandum in opposition (Doc. 26).

      Plaintiff seeks a stay of this matter due to the ongoing COVID-19 pandemic.  In support of his request, plaintiff references the State of Ohio's issuance of a Shelter-in-Place Order as well as current social distancing guidelines, which plaintiff alleges will make it "difficult to impossible to consult with counsel, conduct research and interact with the Court."  (Doc. 25 at 1).  Plaintiff seeks a stay or continuance "until the situation normalizes and it is safe to move forward."  (*Id*.).

      Plaintiff's motion is **DENIED**.  Since the filing of plaintiff's motion in March 2020, the Shelter-in-Place Order has been lifted and a stay of this matter is no longer warranted.  In addition, plaintiff is representing himself in this matter, his access to the court has not been restricted, and any interaction with the Court can safely be accomplished through written motions or telephonic conferences.

      Plaintiff is granted an **extension of time until October 1, 2020** to file a response to defendants' pending motion to dismiss or in the alternative to stay the case and appoint a

guardian ad litem to represent plaintiff going forward. *See* Doc. 21.

      **IT IS SO ORDERED.**

Date: <u> 9/4/2020 </u>

                                                   Karen L. Litkovitz
                                            United States Magistrate Judge